474 A.2d 693

Commonwealth v. Sipes, Appellant.

Argued December 8, 1983. George T. Guarnieri for appellant; Michael L. Turner, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BROSKY and POPOVICH, JJ.

Judgment of sentence affirmed.